| | |
|---|---|
| From: | Nishi Kothari |
| Sent: | Tuesday, August 22, 2023 10:07 AM |
| To: | David Strauss; Brock L Wimberley; Kim Prchal |
| Subject: | Estate of Bobby Shelton v. State Farm |

David and Brock:

Please allow this e-mail to confirm that the insured in this matter, the Estate of Bobby Shelton, does not wish to pursue a 30(b)(6) corporate representative deposition at this time in this matter. Given Judge Cain's earlier ruling regarding 1 deposition per Plaintiff firm for State Farm regarding Laura / Delta cases, we do not believe this is the proper matter for us to pursue a deposition on.

Thank you,
Nishi



**Nishi Kothari**
Partner
Brasher Law Firm, PLLC

Email: nishi@brasherattorney.com
TX: 409-832-3737 | LA: 337-333-3333



Principal Office:
1122 Orleans St., Beaumont, TX 77701
www.brasherattorney.com

**Beaumont l Lake Charles l Houston l Houma l New Orleans**



*This email may be a privileged communication. If you are not the intended recipient, please delete it.*

1

EXHIBIT A