UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ESTATE OF BOBBY R. SHELTON,** | * | |
| **CYNTHIA FRISBIE AS EXECUTOR** | * | **CIVIL ACTION NO.: 2:21-cv-03658** |
| | * | *consolidated with* **2:22-cv-02741** |
| | * | **JUDGE: JAMES D. CAIN, JR.** |
| **VERSUS** | * | |
| | * | **MAGISTRATE JUDGE: KATHLEEN** |
| **STATE FARM FIRE AND** | * | **KAY** |
| **CASUALTY COMPANY** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Motion for Protective Order and Motion for Order on Sequence of Depositions filed by Defendant, State Farm Fire and Casualty Company ("State Farm"):

IT IS HEREBY ORDERED that the Motion is **GRANTED**.

IT IS FURTHER ORDERED that the 30(b)(6) deposition of Defendant, State Farm, shall be limited to (1) topics related only to the specific dispute between Cat 5 and State Farm, which is State Farm's adjustment and handling of Cat 5's February 12, 2021 mitigation Invoice and (2) State Farm's institutional policies and procedures in place at the time of Hurricanes Laura and Delta specific to the adjustment of mitigation damages.

IT IS FURTHER ORDERED that Plaintiff, Cat 5 Pro, LLC, shall be deposed prior to the 30(b)(6) deposition of Defendant, State Farm.

Lake Charles, Louisiana, this _____ day of _____ 2023.

_____
**HONORABLE JAMES D. CAIN, JR.**

{S0477462.1}